# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **MEADOW LARK TRANSPORT, INC.** | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 0 4 7 2 4 5 8 | |
| **4. Debtor's address** | **Principal place of business**  2913 MILLENNIUM CIR.  Number    Street  Billings, MT 59102  City    State   ZIP Code  Yellowstone  County | **Mailing address, if different from principal place of business**  Number    Street  City    State   ZIP Code  **Location of principal assets, if different from principal place of business**  2913 MILLENNIUM CIR  Number    Street  Billings, MT 59102  City    State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: | |

Debtor  **MEADOW LARK TRANSPORT, INC.**                                   Case number *(if known)*
         Name

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____ Case number _____
                                       MM / DD / YYYY
        District _____  When _____ Case number _____
                                       MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor **MEADOW LARK AGENCY, LLC**   Relationship _____
       District **District of Montana**   When **11/6/2023**
                                               MM / DD / YYYY
       Case number, if known **1:23-bk-10135-BPH**

Debtor  **MEADOW LARK TRANSPORT, INC.**      Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>    _____<br>    City      State      ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☐ 50-99     ☐ 1,000-5,000   ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000<br>☑ 100-199   ☐ 200-999     ☐ 10,001-25,000     ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000     ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☑ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor  **MEADOW LARK TRANSPORT, INC.**           Case number *(if known)*
        Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/19/2024**
              MM/ DD/ YYYY

X **/s/ AMANDA R. ROTH**                                    **AMANDA R. ROTH**
Signature of authorized representative of debtor            Printed name

Title **CEO**

**18. Signature of attorney**

X **/s/ Gary S. Deschenes**          Date **04/19/2024**
Signature of attorney for debtor            MM/ DD/ YYYY

**Gary S. Deschenes**
Printed name

**Deschenes & Associates Law Offices**
Firm name

**Po Box 3466**
Number      Street

**Great Falls**                                **MT**        **59403-3466**
City                                           State        ZIP Code

**(406) 761-6112**                             **gsd@dalawmt.com**
Contact phone                                  Email address

**2293**                                       **MT**
Bar number                                     State

## United States Bankruptcy Court
### District of Montana

In re **MEADOW LARK TRANSPORT, INC.**  Case No. _____

Debtor(s)  Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MEADOW LARK TRANSPORT, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**04/19/2024**  /s/ Gary S. Deschenes
Date  **Gary S. Deschenes**
Signature of Attorney or Litigant
Counsel for **MEADOW LARK TRANSPORT, INC.**
**Bar Number: 2293**
**Deschenes & Associates Law Offices**
**Po Box 3466**
**Great Falls, MT 59403-3466**
**Phone: (406) 761-6112**
**Fax: (406) 761-6784**
**Email: gsd@dalawmt.com**

1

## **RESOLUTION OF MEADOW LARK TRANSPORT, INC.**

The undersigned, the sole shareholder of Meadow Lark Transport, a Montana corporation, does hereby file and adopt the following resolution:

RESOLVED, THAT AMANDA R. ROTH, CEO OF THIS CORPORATION, BE, AND IS HEREBY AUTHORIZED, TO PERFORM WHATEVER ACT IS NECESSARY TO RESOLVE THE FINANCIAL SITUATION OF THE CORPORATION, INCLUDING BUT NOT LIMITED TO, FILING A PETITION AND OTHER PAPERS IN BANKRUPTCY FOR PROTECTION UNDER THE BANKRUPTCY ACT.

DATED this 19th day of April, 2024.

_Amanda R. Roth, CEO_
Amanda R. Roth, CEO

| | | |
|---|---|---|
| ALMOND BULLARD SR<br>6394 SWIFT CREEK DR<br>LITHONIA, GA 30058-6007 | ALPINE ADVANCE 5 LLC<br>228 PARK AVENUE SOUTH<br>NEW YORK, NY 10003 | ALPINE ADVANCE 5 LLC<br>46 WASHINGSTON STREET, SUITE #6<br>MIDDLETOWN, CT 06457 |
| AMANDA R. ROTH<br>2720 HUMMINGBIRD WAY<br>BILLINGS, MT 59105 | ANSONIA CREDIT DATA<br>PO BOX 71221<br>CHARLOTTE, NC 28272-1221 | ARKANSAS DEPT OF FINANCE & ADMIN<br>PO BOX 896 ROOM 2340<br>LITTLE ROCK, AR 72203-0896 |
| ARMADA LOGISTICS<br>1712 HAL AVE<br>CLEBURNE, TX 76031-7614 | ARMADA LOGISTICS LLC<br>1712 HAL AVE<br>CLEBURNE, TX 76031-7614 | ASCENTIUM CAPITAL<br>23970 HIGHWAY 59 N<br>KINGWOOD, TX 77339 |
| B WHITESIDE ENTERPRISES INC<br>224 WESTINGHOUSE BLVD # 206<br>CHARLOTTE, NC 28273-6228 | BABERTON LAND & IMPROVEMENT<br>139 E TUSCARAWAS AVE<br>BARBERTON, OH 44203-2627 | BALBOA CAPITAL<br>575 ANTON BLVD, 12TH FLOOR<br>COSTA MESA, CA 92626 |
| BALBOA CAPITAL<br>PO BOX 844803<br>LOS ANGELES, CA 90084 | BALBOA CREDIT<br>575 ANTON BLVD, 12TH FLOOR<br>COSTA MESA, CA 92626 | BLUE BEACON INTERNATIONAL INC<br>PO BOX 856<br>SALINA, KS 67402-0856 |
| BRIDGESTONE AMERICAS<br>62861 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693-0001 | BRUCKNER LEASING<br>PO BOX 1024<br>AMARILLO, TX 79105-1024 | BRUCKNER LEASING COMPANY INC<br>AKA MACK LEASING SYSTEM<br>9471 E INTERSTATE 40<br>AMARILLO, TX 79118-6960 |
| BS LOGISTICS<br>3805 OAKLAND AVE STE 201E<br>SAINT JOSEPH, MO 64506-5032 | BS LOGISTICS LLC<br>3805 OAKLAND AVE<br>SAINT JOSEPH, MO 64506-4903 | C T CORPORATION SYSTEM<br>ATTN: SPRS<br>330 N BRAND BLVD SUITE 700, ATTN SPRS<br>GLENDALE, CA 91203 |
| CHARLES VINCENT<br>931 EDWARDS STORE RD<br>MOUNT OLIVE, NC 28365-7417 | CLC CONTRACT LEASING CORP<br>PO BOX 158<br>PISCATAWAY, NJ 08855-0158 | COMDATA NETWORK INC<br>PO BOX 548<br>BRENTWOOD, TN 37024-0548 |
| CONTRACT LEASING CORP<br>1551 S WASHINGTON AVE STE 401<br>PISCATAWAY, NJ 08854-6700 | CORCENTRIC LLC<br>32861 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | CORPORATION SERVICE COMPANY<br>PO BOX 2576<br>SPRINGFIELD, IL 62708 |
| CROWLEY FLECK PLLP<br>PO BOX 30441<br>BILLINGS, MT 59107-0441 | DALE & JAX DOOR & GLASS INC<br>PO BOX 80385<br>BILLINGS, MT 59108-0385 | DAWSON TRUCK LINES<br>1007 CHEROKEE ST NE<br>ROANOKE, VA 24012-8006 |

| | | |
|---|---|---|
| **DENVER INTERMODAL EXPRESS**<br>10700 E 40TH AVE<br>DENVER, CO 80239-3221 | **DOBBS PETERBILT-SPOKANE WA**<br>23501 E KNOX AVE<br>LIBERTY LAKE, WA 99019-9563 | **DOUBLE S TRUCKING INC**<br>135 HAYMAKER RD<br>RIVERTON, WY 82501-9410 |
| **DUVAL SEMI-TRAILERS**<br>827 FAIRWAYS COURT 110<br>CONLEY, GA 30288 | **DUVAL SEMI-TRAILERS**<br>42 MAIN ST STE 3A<br>SENOIA, GA 30276-1889 | **EAGLE PRINTING & BUSINESS FORMS LLC**<br>PO BOX 30255<br>BILLINGS, MT 59107-0255 |
| **EFS**<br>PO BOX 630038<br>CINCINNATI, OH 45263-0038 | **EQUIFAX INFORMATION SERVICES**<br>PO BOX 71221<br>CHARLOTTE, NC 28272-1221 | **EQUIPMENT SOLUTIONS** |
| **EQUIPMENT SOLUTIONS LLC**<br>134 RIVERVIEW DR<br>RICHLAND, MS 39218-4400 | **ERVIN LEASE LLC**<br>PO BOX 82<br>TOLEDO, IL 62468-0082 | **FEDERAL EXPRESS**<br>PO BOX 94515<br>PALATINE, IL 60094-4515 |
| **FIRST CORPORATE SOLUTIONS**<br>914 S STREET<br>SACRAMENTO, CA 95811 | **FLEET EQUIPMENT LEASING LLC**<br>2505 FARRISVIEW RD<br>MEMPHIS, TN 38118-9513 | **FLEET LEASING/FLEET EQUIPMENT**<br>2505 FARRISVIEW RD<br>MEMPHIS, TN 38118-9513 |
| **FOGLE PUMP & SUPPLY INC**<br>2250 N HIGHWAY 395<br>COLVILLE, WA 99114-5124 | **GENE ROSEN'S LAW FIRM**<br>200 GARDEN CITY<br>GARDEN CITY, NY 11530 | **HALE TRAILER BRAKE & WHEEL INC**<br>PO BOX 1400<br>VOORHEES, NJ 08043-7400 |
| **HOMETRUST BANK**<br>PO BOX 2211<br>CORNELIUS, NC 28031-2211 | **INTEGRATED PROTEINS**<br>1801 NW PLATTE RD STE 200B<br>RIVERSIDE, MO 64150-7503 | **INTERNAL REVENUE SERVICE**<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| **J&M TIRE LLC**<br>156 GARDEN AVE<br>BILLINGS, MT 59101-5724 | **JOHN C LAFFERTY**<br>PO BOX 458<br>MOBRIDGE, SD 57601-0458 | **JOHN PRALLE**<br>PO BOX 1225<br>WOODWARD, OK 73802-1225 |
| **KAPLAN LEGAL SERVICES LLC**<br>6065 ROSWELL ROAD SUITE 540<br>ATLANTA, GA 30328 | **KAY BARFIELD ZAHROWSKI**<br>199 WATERWOOD<br>HUNTSVILLE, TX 77320-9666 | **KRITSAK TRUCKING INC**<br>1150 BLUE BARN RD<br>ALLENTOWN, PA 18104-9235 |
| **KY STATE TREASURER**<br>PO BOX 2004<br>FRANKFORT, KY 40602-2004 | **L&M TRUCK TRAILER AND AUTO REPAIR**<br>C/O CORPORATE BILLING<br>PO BOX 830604<br>BIRMINGHAM, AL 35283-0604 | **LOANSTAR LEASING**<br>770 W 2100 S<br>SALT LAKE CTY, UT 84119-1526 |

LOVE'S TIRE CARE
PO BOX 842568
KANSAS CITY, MO 64184-2568

MACHINERY TRANSPORT
3397 US HIGHWAY 259 S
HENDERSON, TX 75654-5205

MACHINERY TRANSPORT INC
PO BOX 1778
HENDERSON, TX 75653-1778

MACK FINANCIAL SERVICES
7025 ALBERT PICK RD SUITE 102
GREENSBORO, NC 27409

MACK FINANCIAL SERVICES
PO BOX 26131
GREENSBORO, NC 27402

MARK FULLER
75 WILLOW RIDGE DR
CHUCKEY, TN 37641-5310

MARVIN DOW
3471 OLD HIGHTOWER TRL
LOGANVILLE, GA 30052-4727

MATTHEW QUINN
C/O JOHN MORRISON & SCOTT
PETERSON
401 N LAST CHANCE GULCH
HELENA, MT 59601-5015

MCKINNEY TRAILER RENTALS
2723 CARL RD
IRVING, TX 75062-6440

MCKINNEY TRAILER RENTALS
PO BOX 515574
LOS ANGELES, CA 90051-4586

MEADOW LARK AGENCY INC
2913 MILLENNIUM CIR
BILLINGS, MT 59102-7444

MEADOW LARK AGENCY, INC.
2770 HUMMINGBIRD WAY
BILLINGS, MT 59105

MEADOW LARK COMPANIES, INC.
2913 MILLENNIUM CIR
BILLINGS, MT 59102

MEADOW LARK EQUIPMENT LLC
2913 MILLENNIUM CIR
BILLINGS, MT 59102

METRO RENTAL
1255 S RIVER INDUSTRIAL BLVD SE
ATLANTA, GA 30315-8816

METRO TRAILER LEASING
1255 S RIVER INDUSTRIAL BLVD SE
ATLANTA, GA 30315-8816

METRO TRAILER LEASING
100 METRO PKWY
PELHAM, AL 35124-1171

METRO TRAILER LEASING, INC.
100 METRO PKWY
PELHAM, AL 35124-1171

MHC TRUCK LEASING
PO BOX 879269
KANSAS CITY, MO 64187-9269

MHC TRUCK LEASING INC
4501 COLLEGE BLVD STE 165
LEAWOOD, KS 66211-2328

MILESTONE EQUIPMENT COMPANY LLC
PO BOX 205589
DALLAS, TX 75320-5589

MILESTONE TRAILER LEASING

MILLER TRUCK LEASING
1824 ROUTE 38
LUMBERTON, NJ 08048-4255

M-JETZ LOGISTICS LLC
7342 S VERNON AVE
CHICAGO, IL 60619-1763

MONTANA DEPARTMENT OF REVENUE
BANKRUPTCY SPECIALIST
PO BOX 7701
HELENA, MT 59604-7701

MT DEPARTMENT OF TRANSPORTATION
PO BOX 5895
HELENA, MT 59604-5895

MURPHY'S HEAVY HAUL
3415 22ND ST
WOODWARD, OK 73801-7128

NETS TRAILER LEASING
1810 RIVER RD
BURLNGTN TWP, NJ 08016-2132

NETS TRAILER LEASING
1810 RIVER RD
BURLINGTON, NJ 08016-2132

NEW MEXICO TAXATION & REVENUE
MOTOR VEHICLE DIVISION
PO BOX 5188
SANTA FE, NM 87502-5188

NUMILLENNIUM TRUCKING LLC
709 TEALWOOD DR
MESQUITE, TX 75181-2639

NYS DEPARTMENT OF TAXATION & FINANCE
RPC HUT
PO BOX 15166
ALBANY, NY 12212-5166

OMNITRACS LLC
FILE NO 54210
LOS ANGELES, CA 90074-0001

ONE BEACON INSURANCE
150 ROYALL ST CS-45
CANTON, MA 02021-1031

OR DEPARTMENT OF TRANSPORATION
455 AIRPORT RD SE BLDG A
SALEM, OR 97301-5397

OTR SOLUTIONS CAPITAL, LLC
BUILDING 300, SUITE 315-A
1000 HOLCOMB WOODS PARKWAY
ROSWELL, GA 30076

PACCAR LEASING COMPANY
2215 LITHONIA LLC
C/O JAIDEN IOS
4 STAR PT # 204
STAMFORD, CT 06902-8927

PACCAR LEASING COMPANY
PO BOX 121241 DEPT 1241
DALLAS, TX 75312-1241

PATHWARD NATIONAL ASSOCIATION
PO BOX 233756
CHICAGO, IL 60689-5337

PAUL WATTS TRUCKING INC
3668 SUMMIT RD
NORTON, OH 44203-5381

PENSKE

PENSKE TRUCK LEASING CO
PO BOX 827380
PHILADELPHIA, PA 19182-7380

PLM
THREE GATEWAY CENTER
100 MULBERRY ST # 1100
NEWARK, NJ 07102-4056

PLM TRAILER LEASING
LOCKBOX 776996
350 E DEVON AVE
ITASCA, IL 60143-1249

PREMIER TRAILER LEASING
5201 TENNYSON PKWY STE 250
PLANO, TX 75024-4117

PREMIER TRAILER LEASING INC
PO BOX 206553
DALLAS, TX 75320-6553

QUEST DIAGNOSTICS
PO BOX 740709
ATLANTA, GA 30374-0709

R MOVERS LLC
3006 MOELLING LN
WOODWARD, OK 73801-3824

RESOLUTE SYSTEMS, LLC
1661 N. WATER STREET
MILWAUKEE, WI 53202

RICHARD GOLSAN
89 W 2ND NORTH RD
FARSON, WY 82932

ROBERT W SELBY
5313 CHESTNUT ST
LAS VEGAS, NV 89119

AMANDA R. ROTH
2720 HUMMINGBIRD WAY
BILLINGS, MT 59105

RYDER TRANSPORTATION SERVICES
PO BOX 402366
ATLANTA, GA 30384-2366

RYDER TRUCK RENTAL INC
PO BOX 96723
CHICAGO, IL 60693-6723

SAMBA HOLDINGS INC
DEPT LA 24536
PASADENA, CA 91185-0001

SAMSARA CAPITAL FINANCE
PO BOX 5066
HARTFORD, CT 06102-5066

SAUVADA LOGISTICS LLC
1102 SHIRLEY DR B
LONGVIEW, TX 75604-3727

SOUTHERN TIRE MART
DEPT 6412
PO BOX 11407
BIRMINGHAM, AL 35246-3035

STACKED DREAMS
708 ALBERTA DR
MCDONOUGH, GA 30252-4220

STAR LEASING COMPANY
4080 BUSINESS PARK DR
COLUMBUS, OH 43204-5023

STAR LEASING COMPANY
PO BOX 76100
CLEVELAND, OH 44101

TA/PETRO
PO BOX 641906
CINCINNATI, OH 45264-1906

TENSTREET LLC
120 W 3RD ST # 101
TULSA, OK 74103-3406

TEXAS DEPARTMENT OF MOTOR VEHICLES
4400 JACKSON AVE
AUSTIN, TX 78731

THE LCF GROUP, INC.
300 MARCUS AVENUE SUITE 2215
NEW HYDE PARK, NY 11042

TIMOTHY PAUL HOLLAND
180 MARTIN RD
GADSDEN, AL 35901-9292

TRAC INTERMODAL
750 COLLEGE RD E
PRINCETON, NJ 08540-6646

TRANSPORTATION ALLIANCE BANK
4185 HARRISON BLVD
PO BOX 150290
OGDEN, UT 84403

TRANSPORTATION ALLIANCE BANK
4186 HARRISON BLVD
OGDEN, UT 84403-2437

UNITED TRAILER LEASING
10250 XYLITE ST NE
MINNEAPOLIS, MN 55449-5234

UNITED TRAILER LEASING
SDS-12-2757
PO BOX 86
MINNEAPOLIS, MN 55486-0086

VFS US LLC
PO BOX 26131
GREENSBORO, NC 27402-6131

WEBER PROPERTIES LLC
PO BOX 80053
BILLINGS, MT 59108-0053

WOODWARD DRUG & ALCOHOL TESTING LLC
1120 40TH ST
WOODWARD, OK 73801-1702

XTRA LEASE
7911 FORSYTH BLVD 600
CATAWISSA, MO 63015

XTRA LEASE
PO BOX 219562
KANSAS CITY, MO 64121-9562